David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Shawn Eldridge (276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
ENHANCED RECOVERY COMPANY, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJAH SAHEBZADA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>         Defendant. | CASE NO.: **'17CV0056 MMA NLS**<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant ENHANCED RECOVERY COMPANY, LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1.  On November 28, 2016, Plaintiff NAJAH SAHEBZADAH ("Plaintiff") filed a civil action in the Superior Court of California, San Diego County, entitled *Sahebzada vs. Enhanced Recovery Company, LLC.*, Case No. 37-2016-00041504-CU-ML-CTL. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was deemed served on Defendant on December 12, 2016.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint that Defendant violated the the Fair Debt Collection Practices Act by incorrectly reporting to credit bureau agencies. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint does not include a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: January 11, 2017    By: s/ Shawn Eldridge
David J. Kaminski
Shawn Eldridge
Attorneys for Defendant,
ENHANCED RECOVERY COMPANY, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2017, a true and accurate copy of the foregoing NOTICE OF REMOVAL, NOTICE OF INTERESTED PARTIES, and CIVIL COVER SHEET was served via mail and email on the following person:

Alex Asil Mashiri, Esq.
MASHIRI LAW FIRM
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858)348-4938
Fax: (858)348-4939
Email: alexmashiri@yahoo.com

/s/ Shawn Eldridge
Shawn Eldridge
CARLSON & MESSER LLP

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF SAN DIEGO     )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. My business address is 5959 West Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **January 11, 2017**, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am readily familiar with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[X] **BY ELECTRONIC MAIL:** Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **PERSONAL SERVICE BY HAND:** I personally served document to address stated on POS Service List.

[ ] **BY FACSIMILE:** I transmitted via telecopier machine such document to the interested parties at the facsimile number(s) listed on the attached service list.

[ ] **(STATE):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **11th** day of **January, 2017**, at Los Angeles, California.

_JoAnn Belvin_
JoAnn Belvin

{00059940;1}

1

## SERVICE LIST
Sahebzada, Najah v. Enhanced Recovery Company, LLC
Case No. 37-2016-00041504-CU-ML-CTL
File No. 08821.00

| | |
|---|---|
| Alex Asil Mashiri, Esq.<br>**MASHIRI LAW FIRM APC**<br>11251 Rancho Carmel Drive #500694<br>San Diego, CA 92150<br>Tel: (858)348-4938<br>Fax: (858)348-4939<br>Email: alexmashiri@yahoo.com | **ATTORNEY FOR PLAINTIFF**<br>**NAJAH SAHEBZADAH** |

{00059940;1}

2