Alex Asil Mashiri, Esq. (SBN 283798)
Alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
NAJAH SAHEBZADA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJAH SAHEBZADA | Case No. 17-cv-00056-MMA-NLS |
| Plaintiff, | |
| v. | |
| ENHANCED RECOVERY COMPANY, LLC. | **NOTICE OF SETTLEMENT** |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff NAJAH SAHEBZADA ("Plaintiff") and Defendant ENHANCED RECOVERY COMPANY, LLC have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days. Because Plaintiff has reached a settlement with all Defendants in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case be vacated.

Respectfully submitted,

DATED: March 23, 2017          **MASHIRI LAW FIRM**
                               A Professional Corporation
                               By: /s/ Alex Asil Mashiri
                               Alex Asil Mashiri
                               Attorney for Plaintiff, Najah Sahebzada