# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJAH SAHEBZADA,<br><br>         Plaintiff,<br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>         Defendant. | Case No.: 17cv0056-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 12] |

  The Parties have filed a joint motion to dismiss this case with prejudice. Doc. No. 12. Good cause appearing, the Court **GRANTS** the Parties' joint motion to dismiss and **DISMISSES** this action in its entirety with prejudice. Pursuant to the joint motion, each party is to bear their own costs and expenses. The Clerk of Court is instructed to close the case.

  **IT IS SO ORDERED.**

Dated: April 12, 2017

                  *[signature]*
                 Hon. Michael M. Anello
                 United States District Judge